UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| **LOIS MONTGOMERY,**<br><br>      Plaintiff,<br><br>V.<br><br>**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**<br><br>      Defendant. | **CIVIL ACTION NO. 5:15-cv-09-KKC**<br><br><br><br>**JUDGMENT** |

*** *** ***

The Court, having affirmed the decision of the Commissioner, enters judgment in favor of the defendant Commissioner.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** order.

This matter is **DISMISSED** and **STRICKEN** from the court's active docket.

Dated March 15, 2016.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY